Jessica Garland
(State Bar No. 344535)
GUPTA WESSLER LLP
505 Montgomery Street, Suite 625
San Francisco, CA 94111
(415) 573-0336
jessie@guptawessler.com

Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7570
aguzzo@kellyguzzo.com

*Attorneys for Plaintiff Ashley Hicks*
* pro hac vice

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| ASHLEY HICKS, *individually and as a representative of the class*,<br><br>Plaintiff,<br><br>v.<br><br>COHO FINANCIAL d/b/a PATH LENDING, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-884-RFL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Plaintiff Ashley Hicks, by counsel, and with the consent of counsel for all Defendants,[1] stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Since the filing of the Notice of Settlement, Defendant Coho Financial has, in accordance with the settlement, ceased offering loans to consumers, ceased accepting payments from consumers, and forgiven, cancelled and written off all

---

[1] Defendant Thunderbird Services LLC was dissolved on May 13, 2025 and consents to this stipulation under its limited authority to wind up its affairs.

consumer debts owed to Coho Financial. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcing the settlement agreement pursuant to *Kokkonen v Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

Dated: June 11, 2025                          Respectfully submitted,


                                              /s/ Andrew J. Guzzo
                                              Andrew J. Guzzo*
                                              KELLY GUZZO PLC
                                              3925 Chain Bridge Road, Suite 202
                                              Fairfax, VA 22030
                                              (703) 424-7570
                                              aguzzo@kellyguzzo.com

                                              *Attorneys for Plaintiff*
                                              * pro hac vice



                                              /s/ Patrick Daugherty
                                              Patrick Daugherty
                                              Justin Panitchpakdi
                                              VAN NESS FELDMAN, LLP
                                              3717 Mount Diablo Boulevard
                                              Suite 200
                                              Lafayette, California 94549
                                              Telephone: (925) 282-8016
                                              Email: pod@vnf.com
                                                     jpanitchpakdi@vnf.com

                                              *Counsel for Defendants*